DeMarco•Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>Honor Studios LLC<br>87-1810947<br>2003 Brundrette St<br>Dallas, TX 75208<br><br>**Debtor.** | Case No.:   25-43139-ELM-11<br><br>Chapter:     11 |

## DEBTOR'S SUBCHAPTER V STATUS REPORT
## [11 U.S.C. § 1181(c)]

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

**COMES NOW Honor Studios LLC**, debtor and debtor in possession in the above-styled and numbered cases ("**Debtor**") and would respectfully show the Court as follows:

### I. BACKGROUND

1. This bankruptcy case was commenced by the filing of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on **August 22, 2025** (the "**Petition Date**").

2. Frances Smith has been appointed as the SubChapter V Trustee.

### II. DEADLINES

3. Sections 1181-1195 of Title 11 of the United States Code ("**SBRA**") is intended to "streamline the process by which small business debtors reorganize and rehabilitate their financial affairs." Report of Committee on the Judiciary, House of Representatives, Report 116-171, 116th Cong., 1st Sess., on Small Business Reorganization Act of 2019, page 1. As such, there are certain deadlines that must be achieved, which deadlines may be extended only if "the need for an extension is attributable to circumstances for which the debtor should not justly be held

accountable." *See e.g.* 11 U.S.C. §§ 1188(b) (court status conference within 60 days of the petition date), 1188(c) (debtor shall file and serve a report on efforts undertaken to obtain a consensual plan 14 days prior to the § 1188(b) status conference), and 1189(b) (debtor shall file a plan within 90 days of the petition date).

4. The Court, in accord with the foregoing, filed *Scheduling Order and Notice of Status Conference* thereby establishing the deadline for filing and serving this Report [Docket Entry No. 3].

5. The Section 1188 and 1189 dates and deadlines are as follows:

Status Conference:    October 22, 2025
Debtor's Report:      October 8, 2025
Plan filing deadline: November 20, 2025

6. The deadlines for filing proofs of claim remain unaltered and are as follows:

Deadline for non-governmental entities:    October 31, 2025
Deadline for governmental entities:        February 18, 2025

### III.    OPERATIONS

7. The Debtor provides floral designs and decorations for events throughout Texas..

### IV.    OFFER TO ACHIEVE CONSNESUAL PLAN OF REORGANIZATION

8. One of the objectives of SBRA is to facilitate a consensual plan of reorganization by and between the debtor and its creditors. This Report is filed and served upon all interested parties in an effort to achieve that goal.

### V.    PLAN PROPOSAL

9. The following is the Debtor's initial plan proposal for its creditors and is **subject to Federal Rule of Evidence 408**. Debtor anticipates it will be necessary to secure replacement

financing on its real property assets or restructure its current obligations with FDRE, Inc., to successfully emerge from chapter 11.

## Summary of Proposed Plan Treatment

**Unclassified Administrative Expense Claims:**

| Type | Estimated Amount | Treatment |
|---|---|---|
| Professional Fees of DeMarco Mitchell, PLLC | $15,000.00 | Monthly, after the effective date, in an amount to be agreed upon. |
| SubV Trustee | $4,000.00 | Monthly, after the effective date, in an amount to be agreed upon. |

**Priority Tax Claims:**

| Description | Estimated Amount | Date Assessed | Treatment |
|---|---|---|---|
| Internal Revenue Service | $9,818.35 | | Paid in full with interest at the statutory rate within 5 years of the petition date |
| Texas Comptroller | $6,322.42 | | Paid in full with interest at the statutory rate within 5 years of the petition date |

**Secured Claims:**

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED ALLOWED CLAIM | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 1A | Secured *Ad Valorem* Tax Claims | NO | Paid in full according to ordinary business terms | n/a | Paid in full according to ordinary business terms |

**General Unsecured Claims:**

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED TOTAL CLAIMS | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 3 | General Unsecured Claims | YES | n/a | $145,000 | Paid 100% of the Debtor's net disposable income over a period of 5 |

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED TOTAL CLAIMS | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
|  |  |  |  |  | years. |

## VI.  CONCLUSION

The Debtor is asking you to consider the foregoing proposal and provide feedback to facilitate the confirmation of a consensual plan.

Respectfully submitted,

Dated: **October 11, 2025**

/s/ *Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T          972-991-5591
F          972-346-6791
***Proposed* Counsel for Debtor and Debtor in Possession**

### CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **11th day of October 2025**. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below. Where such electronic service was not possible, service was made via regular first-class mail.

### DEBTOR

Honor Studios LLC
2003 Brundrette St
Dallas, TX 75208

### TRUSTEES

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 752020

Frances A. Smith
Ross & Smith, PC
700 N. Pearl St., Suite 1610
Dallas, TX 752010

**SEE ATTACHED MATRIX**

/s/ Robert T. DeMarco
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email** robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email** mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T 972-991-5591
F 972-346-6791

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 25-43139-elm11<br>Northern District of Texas<br>Ft. Worth<br>Sat Oct 11 17:51:18 CDT 2025 | Honor Studios, LLC<br>17227 Sandestine Dr<br>Houston, TX 77095-4370 | JPMorgan Chase Bank N.A.<br>Waddell Serafino<br>1717 Main #2500<br>Dallas, TX 75201-7341 |
| 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | Alexandria Elkin<br>17227 Sandestine Dr<br>Houston, TX 77095-4370 | Ally<br>PO Box Box 380901<br>Minneapolis, MN 55438-0901 |
| Bryce Elkin<br>17227 Sandestine Dr<br>Houston, TX 77095-4370 | (p)CONSTELLATION NEWENERGY<br>ATTN C BRADLEY BURTON<br>1310 POINT STREET<br>12TH FLOOR<br>BALTIMORE MD 21231-3380 | Dallas County Tax-Assessor Collector<br>500 Elm Street<br>Dallas, TX 75202-3304 |
| Gary R. Rice<br>4514 Travis St Suite 220<br>Dallas, TX 75205-4135 | Interlan Revenue Service<br>1100 Commerce St.<br>MC5027DAL<br>Dallas, Texas 75242-1001 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Special Procedures - Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JP Morgan Chase<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | JPMorgan Chase Bank<br>1717 Main St. Ste. 2500<br>Dallas, Texas 75201-7341 |
| JPMorgan Chase Bank, N.A.<br>c/o Richard G. Dafoe<br>1717 Main St., 25th Floor<br>Dallas, Texas 75201-4612 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Lillian Carolina Smith-Kirkley and Kimberly<br>3925 Pyka Dr<br>Dallas, TX 75233-3313 |
| Office of the United States Trustee<br>Earle Cabell Federal Building<br>1100 Commerce Street Room 976<br>Dallas, TX 75242-1011 | OnDeck<br>4700 W. Daybreak Pkwy. Ste. 200<br>South Jordan, UT 84009-5133 | Texas Attorney General's Office<br>Bankruptcy Collection Division<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Texas Comptroller of Public Account<br>C/O Office of the Attorney General<br>Bankruptcy-Collections Division<br>PO Box 12548, MC-008<br>Austin, TX 78711-2548 | United States Attorney<br>Northern District of Texas<br>1100 Commerce Street, 3rd Fl.<br>Dallas, TX 75242-1074 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| Frances A. Smith (SBRA V)<br>Ross & Smith, PC<br>700 N Pearl St, Suite 1610<br>Dallas, TX 75201-7459 | Robert Thomas DeMarco<br>Robert Demarco<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Constellation NewEnergy, Inc.
1310 Point Street
Baltimore, MD 21231

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(u)Texas Comptroller of Public Accounts, Reve

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26